**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAEQUAN BROWN-JORDAN,** | : | **CIVIL ACTION** |
| ***Plaintiff*,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **C/O D. SMITH, et al.,** | : | **NO. 26-CV-6710** |
| ***Defendants*.** | : | |

**ORDER**

**AND NOW**, this **20th** day of **October 2026**, upon consideration of Plaintiff Daequan Brown-Jordan's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 3), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Daequan Brown-Jordan, #26-04321,[1] shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Montgomery County Correctional Facility or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Brown-Jordan's inmate account; or (b) the average monthly balance in Brown-Jordan's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding

[1] The Court notes that 26-04321 is listed as Brown-Jordan's "Booking" number on his inmate account statement, with 25-00083 listed as his "Permanent" number. *See* ECF No. 3 at 1. Because Plaintiff has provided his Booking number on his filings with the Court, and because Montgomery County uses the Booking number for incoming mail, *see Mail Procedures*, Mont. Cnty. Corr. Facility, https://www.montgomerycountypa.gov/departments/correctional-facility/mail-procedures (last visited Oct. 15, 2026), the Court will employ his Booking number.

month when the amount in Brown-Jordan's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Brown-Jordan's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to **SEND** a copy of this Order to the Warden of Montgomery County Correctional Facility.

4. The Complaint is **DEEMED** filed.

5. For the reasons stated in the Court's Memorandum, Brown-Jordan's Complaint is **DISMISSED IN PART WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), to the extent that it alleges any claims other than excessive force against Defendants Lt. Wilson, C/O D. Smith, and C/O Munford.

6. The Clerk of Court is **DIRECTED** to **AMEND** the lead Defendant in the caption to read "C/O D. Smith."

7. The Clerk of Court is **DIRECTED** to send Brown-Jordan a blank copy of the Court's standard form complaint for prisoners to use to file a complaint bearing the above civil action number.

8. Brown-Jordan is given thirty (30) days to file an amended complaint in the event he can allege additional facts to cure the defects identified in the Court's Memorandum. Any amended complaint shall identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint, shall state the basis for Brown-Jordan's claims against each defendant, and shall bear the title "Amended Complaint" and the case number 26-6710. **If Brown-Jordan files an amended complaint, his amended complaint must be a complete document that includes all of the bases for Brown-Jordan's claims, including**

**claims that the Court has not yet dismissed if he seeks to proceed on those claims. Claims that are not included in the amended complaint will not be considered part of this case.** When drafting his amended complaint, Brown-Jordan should be mindful of the Court's reasons for dismissing his claims as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

9. If Brown-Jordan does not file an amended complaint the Court will direct service of his initial Complaint as to his claim for excessive force against Defendants Lt. Wilson, C/O D. Smith, and C/O Munford only. Brown-Jordan may also notify the Court that he seeks to proceed on these claims rather than file an amended complaint. If he files such a notice, Brown-Jordan is reminded to include the case number for this case, **26-6710**.

10. The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED 90 days** from the date that the Court issues summonses in this case, if summonses are issued.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**